IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,

      Plaintiff,                             No. 2:12-cv-1574 JFM P

     vs.

ASSETS OF MICHAEL L. OVERTON,

      Defendant.                   ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, commenced a civil action in the United States District Court for the Northern District of California (Northern District) by filing two motions in that court. By order filed June 12, 2012, the action was transferred to this court. The record reflects that on April 24, 2012, the Clerk of the Court in the Northern District issued a notice informing plaintiff that the action was deficient because he had neither paid the filing fee nor filed an application to proceed in forma pauperis, and warning plaintiff that a response to the notice was due within thirty days. The record contains no response to that notice.

        Good cause appearing, plaintiff will be granted one additional period of thirty days from the date of this order either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; any application to proceed in forma pauperis must be prepared on the form provided with this order and must bear the case number assigned to this action; plaintiff's failure to comply with this order may result in the dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: June 25, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
over1574.3a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LOUIS OVERTON, | | |
| Plaintiff, | | No. 2:12-cv-1574 JFM P |
| vs. | | |
| ASSETS OF MICHAEL L. OVERTON, | | SUBMISSION OF |
| Defendant. | | <u>IFP or FILING FEE</u> |
| _____/ | | |

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____        IFP affidavit

    _____        The appropriate filing fee

DATED:

                                                _____
                                                Plaintiff